# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

IN RE:      DANIELLE LEMA,                        Case No. 09-11808-ANV
                Debtor                                      Chapter 13

## CONSENT ORDER RESOLVING OBJECTION OF FEDERAL NATIONAL MORTGAGE ASSOCIATIONTO DEBTOR'S MOTION TO MODIFY SECURED CLAIM

Now comes Federal National Mortgage Association, assignee of Mortgage Electronic Registration Systems, Inc. (the "Lender"), as serviced by Aurora Loan Services, LLC, and Danielle Lema (the "Debtor") (collectively referred to as the "Parties") and hereby file this Consent Order outlining their agreement to resolve the Lender's Objection to the Debtor's Motion to Modify Secured Claim.

1. The Parties agree that the real property located at 15 Ninth Street East Providence, Rhode Island (the "Premises") has a current fair market value of $231,109.30.

2. The Lender will retain its lien on the collateral and has a secured claim of $231,109.30 and an unsecured claim for $34,680.85

3. The Proof of Claim filed by the Lender citing a secured claim of $265,790.15 shall be amended and bifurcated into a secured claim of $231,109.30 and an unsecured claim for $34,680.85.  The Lender will reduce its pre-petition secured claim arrearage to "zero" on an amended Proof of Claim. The Debtor will amend his Schedule J to reflect the new mortgage payment of $2,051.43 ($1,498.47 Principal and Interest and $552.96 current escrow).

4. The remaining secured claim is $231,109.30. The Parties amend the terms of the original note and mortgage as follows:

In Re: Danielle Lema                                    Case No. 09-11808-ANV, Chapter 13

a)   The interest rate is changed from an adjustable rate to a fixed rate of 6.25 percent per annum;

b)   The new principal and interest payment is $1,498.47 per month starting with payment due October 1, 2009;

5.   All other terms cited in the original promissory note and mortgage remain in full force and effect.

6.   Required escrow payments shall be paid in addition to the principal and interest payment listed in Paragraph 4 (b). The current required escrow payment is $552.96 and is subject to future change.

7.   The Debtor shall resume making payments under the modification starting with the October 1, 2009 and the maturity date is October 1, 2035.

8.   The Chapter 13 Trustee will pay the Lender its proportional dividend on the unsecured claim.

9.   Upon allowance of the Chapter 13 Trustee's Final Report and Accounting, the unsecured claim will be discharged.

10.  This Consent Order shall be void if the Chapter 13 case is dismissed or converted to a Chapter 7 case and the original terms of the promissory note and mortgage shall be resurrected, including the requirement to pay all amounts that would have accrued on the loan absent this consent order.

11.  This Consent Order is subject to the approval of the Bankruptcy Court. Upon approval by the Bankruptcy Court, this Consent Order shall have the effect of an order of the Bankruptcy Court.

1081879/2056-458

In Re:  Danielle Lema                                    Case No. 09-11808-ANV, Chapter 13

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | DANIELLE LEMA |
| By Its Attorneys, | By her Attorney, |
| PARTRIDGE SNOW & HAHN LLP | |
| /s/ Catherine V. Eastwood | /s/ John B. Ennis |
| Catherine V. Eastwood (#6406)<br>2364 Post Road, Suite 100<br>Warwick, RI 02886<br>(401)681-1900/FAX(401)681-1910<br>cve@psh.com | John B. Ennis (#2135)<br>1200 Reservoir Avenue<br>Cranston, RI 02920<br>(401)943-9230/FAX(401)943-5006<br>jbelaw@aol.com |
| Dated:  January 11, 2010 | Dated:  January 11, 2010 |

APPROVED:

*/s/ Arthur N. Votolato*

Arthur N. Votolato
US Bankruptcy Judge
1/22/2010

Entered on docket: 1/22/2010

1081879/2056-458

3